

United States Government

NATIONAL LABOR RELATIONS BOARD

OFFICE OF THE GENERAL COUNSEL

Washington, D.C. 20570

August 30, 2024

Nwamaka Anowi Esquire
Clerk, United States Court of Appeals
for the Fourth Circuit
Lewis F. Powell, Jr. U.S. Courthouse Annex
1100 East Main Street, Suite 501
Richmond, VA 23219

    Re: *Garten Trucking LC v. NLRB*
         4th Cir. Nos. 24-1571, 24-1614, Board Case No. 10-CA-304929

Dear Ms. Anowi:

I am enclosing a certified copy of the agency record in this case.

                              Very truly yours,

                              /s/ Ruth E. Burdick
                              Ruth E. Burdick
                              Deputy Associate General Counsel
                              NATIONAL LABOR RELATIONS BOARD
                              1015 Half Street, SE
                              Washington, DC 20570
                              (202) 273-2960

Enclosures

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| GARTEN TRUCKING LC | ) | |
|     Petitioner/Cross-Respondent | ) | Nos. 24-1571, 24-1614 |
| | ) | Board Case No. 10-CA-304929 |
| v. | ) | |
| | ) | |
| NATIONAL LABOR RELATIONS BOARD | ) | |
|     Respondent/Cross-Petitioner | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ASSOCIATION OF WESTERN PULP AND PAPER WORKERS | ) | |
|     Intervenor | ) | |

## CERTIFIED RECORD OF THE NATIONAL LABOR RELATIONS BOARD

Pursuant to authority delegated in Section 102.115 of the National Labor Relations Board's Rules and Regulations, 29 C.F.R. § 102.115, I certify that I am transmitting all documents, transcripts of testimony, exhibits, and other material which constitute the record before the Board in Garten Trucking LC, Case No. 10-CA-304929.

*Farah Z. Qureshi*
_____
Farah Z. Qureshi
Deputy Executive Secretary
National Labor Relations Board
1015 Half Street, SE
Washington, DC 20570
(202) 273-2960

Dated at Washington, DC
this 30th day of August 2024

# INDEX TO DOCUMENTS

| | | Pages |
|---|---|---|
| VOLUME I | - Transcript of Hearing 10/17/23 | 1-56 |
| VOLUME II | - Exhibits | 57-95 |
| |   General Counsel's Exhibits 1(a-l) | |
| |   Joint Exhibits 1-3 | |

VOLUME III - Pleadings

| Date | Documents | Pages |
|---|---|---|
| 11/21/23 | General Counsel's Motion to Correct the Transcript (Granted, see 373 NLRB No. 64 p. 1 n.2) | 96-100 |
| 12/07/23 | Administrative Law Judge's Decision | 101-110 |
| 12/07/23 | Order Transferring Proceeding to the National Labor Relations Board | 111-112 |
| 01/04/24 | Respondent's (Garten Trucking LC) Exceptions to Administrative Law Judge's Decision | 113-116 |
| 01/18/24 | Charging Party's (Association of Western Pulp and Paper Workers-AWP&PW) Answering Brief | 117-118 |
| 01/18/24 | Charging Party's (AWP&PW) Cross-Exceptions | 119-121 |
| 01/18/24 | General Counsel's Answering Brief | 122-133 |
| 02/01/24 | Respondent's (Garten Trucking LC) Answering Brief to Cross-Exceptions | 134-137 |
| 02/01/24 | Respondent's (Garten Trucking LC) Reply Brief | 138-145 |
| 05/24/24 | Decision and Order (373 NLRB No. 64) | 146-149 |

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| GARTEN TRUCKING LC | ) | |
|     Petitioner/Cross-Respondent | ) | Nos. 24-1571, 24-1614 |
| | ) | Board Case No. 10-CA-304929 |
| v. | ) | |
| | ) | |
| NATIONAL LABOR RELATIONS BOARD | ) | |
|     Respondent/Cross-Petitioner | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ASSOCIATION OF WESTERN PULP AND PAPER WORKERS | ) | |
|     Intervenor | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2024, I filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for Fourth Circuit by using CM/ECF system. I certify that the foregoing document was served on all parties or their counsel of record through the appellate CM/ECF system.

                                          /s/ Ruth E. Burdick
                                          Ruth E. Burdick
                                          Deputy Associate General Counsel
                                          NATIONAL LABOR RELATIONS BOARD
                                          1015 Half Street, SE
                                          Washington, DC  20570

Dated at Washington, DC
this 30th day of August 2024